[No. 14076-4-II. Division Two. January 21, 1993.]

IFTIKHAR M. SAIYED, *Appellant*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-02716-7, Robert J. Doran, J., entered .

1044 

July 13, 1990. *Affirmed* by unpublished opinion per Swanson, J. Pro Tem., concurred in by Alexander, C.J., and Green, J. Pro Tem.